UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARONICA WARREN,

        Plaintiff,

v.

YPSILANTI HOUSING
COMMISSION et al.,

        Defendants.
_____/

CASE NO. 02-CV-40034-FL
JUDGE PAUL V. GADOLA
MAGISTRATE JUDGE PAUL J. KOMIVES

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

No response having been filed to the motion of plaintiff to compel discovery as required by LR 7.1(b), the motion is GRANTED. Defendants shall respond completely and fully to plaintiff's first set of interrogatories and first request for production of documents within five (5) days. The request for costs and attorney fees incurred in bringing the motion is also GRANTED. Counsel for plaintiff shall submit an itemized statement to the Court detailing the hours expended and indicating counsel's billing rates for consideration. This statement may be submitted by attachment to a letter addressed to me with a copy sent to opposing counsel, who may submit a responding letter to me within five days of receipt of plaintiff's counsel's letter.

The attention of the parties is drawn to FED. R. CIV. P. 72(a), which provides a period of ten days from the date of receipt of a copy this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

1

IT IS SO ORDERED.

/s/ Paul J. Komives
PAUL J. KOMIVES
UNITED STATES MAGISTRATE JUDGE

Dated: April 4, 2003